UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-124 (ADM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Jeremiah Thelmon-Isaiah Hand, | |
| Defendant. | |

---

This matter is before the Court on Defendant Jeremiah Thelmon-Isaiah Hand's Pretrial Motion to Disclose Additional Discovery Regarding a Narcotic Sniffing Canine ("Motion") (ECF No. 24). Mr. Hand requests "additional documentation as to the canine 'Archie's' narcotic training, including but not limited to: previous certifications, a list of narcotics Archie [was] trained to detect at the time of August 4, 2023, any information regarding distract on odor training, a list of all narcotics (whether current or past) Archie has been trained to detect, and any other history of this particular canine as a law enforcement member including any times this canine may be been found as unreliable by another judicial officer." (*Id.* at 1.)

The Court held a motions hearing on October 25, 2024 (ECF No. 44),[1] during which the Government stated that though it initially believed it had disclosed all information responsive to Mr. Hand's request, it recently obtained additional information that may be relevant. The Government did not oppose additional disclosure of that information.

---

[1] The hearing also addressed Mr. Hand's motion to disclose and make an informant available for interview (ECF No. 26), motions to suppress (ECF Nos. 37, 38), and motion for a hearing pursuant to *Franks v. Delaware* (ECF No. 39). The Court will address those motions in a separate order because they require additional briefing.

Based on all the files, records, and proceedings herein, Mr. Hand's Motion (ECF No. 24) is **GRANTED** insofar as the Government shall disclose any additional information regarding canine Archie that may be relevant or responsive to Defendant's request by **November 1, 2024**. **SO ORDERED**.

Dated: October 25, 2024

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge